1  Joshua K. Merkel (SBN: 249877)
   Joshua B. Swigart (SBN: 225557)
2  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
3  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
4  Facsimile:  (619) 297-1022

5  Douglas J. Campion, Esq. (SBN: 75381)
   **LAW OFFICES OF DOUGLAS J. CAMPION**
6  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108
7  Telephone: (619) 299-2091
   Facsimile:  (619) 858-0034
8
   Attorneys for Plaintiff
9  Tricia Leckler

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | Case No.: C 07 4002 MEJ |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| CASHCALL, INC., | |
| Defendant. | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Tricia Leckler, on behalf of herself and all others similarly situated,

v.

Cashcall, Inc.,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 4002  MEJ

TO: (Name and address of defendant)

*See above*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua K. Merkel
HYDE & SWIGART
411 Camino del Rio South, Suite 301
San Diego, CA 92108
Tel: 619-233-7770
Fax: 619-297-1022

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  AUG -8 2007

ANNA SPRINKLES
(BY) DEPUTY CLERK

JOSHUA K. MERKEL, ESQ. SBN 249877
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.         : 0302879-01
Attorney for : PLAINTIFF        Atty. File No.   : C074002

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : TRICIA LECKLER, et al. | Case No.: C 07 4002 MEJ |
| DEFENDANT  | : CASHCALL, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASE ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; ECF REGISTRACTION INFORMATION HANDOUT

3. a. Party served      :   CASHCALL, INC.
                             AUTHORIZED AGENT FOR SERVICE: DANIEL HARRY BAREN
   b. Person served   :   DARIA LIVINGSTON, RECEPTIONIST
                             (F/CAUC/5'6"/110LBS/40'S/BRN HR & EYES)

4. Address where the party was served 17360 BROOKHURST ST.
                                       FOUNTAIN VALLEY, CA 92708     (Business)

5. I served the party
   b. **by substituted service.** On August 16, 2007 at 03:55 PM I left the documents listed in item 2
      with or in the presence of    DARIA LIVINGSTON, RECEPTIONIST,
                                     F/CAUC/5'6"/110LBS/40'S/BRN HR & EYES
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:         CASHCALL, INC.
                             AUTHORIZED AGENT FOR SERVICE: DANIEL HARRY BAREN
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. SHANNON ENSLEY                              d. Fee for service: $84.00
   b. KNOX ATTORNEY SERVICE, INC.                 e. I am:
      2250 Fourth Avenue                             (3) a registered California process server
      San Diego, California 92101                        (i) an independent contractor
   c. 619-233-9700                                       (ii) Registration No.: 152
                                                         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 29, 2007           Signature: _____
                                             SHANNON ENSLEY

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

JOSHUA K. MERKEL, ESQ. SBN 249877
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770              Ref. No.       : 0302879-01
Attorney for : PLAINTIFF  Atty. File No. : C074002

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : TRICIA LECKLER, et al. | Case No.: C 07 4002 MEJ |
| DEFENDANT | : CASHCALL, INC. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 08/15/07. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    CASHCALL, INC.
                AUTHORIZED AGENT FOR SERVICE: DANIEL HARRY BAREN

Business   :    17360 BROOKHURST ST., FOUNTAIN VALLEY CA 92708

Attempts to effect service are as follows:

08/16/07 03:55P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 29, 2007            Signature: _____
                                            SHANNON ENSLEY

Jud. Coun. form, rule 982.9            **DECLARATION RE DILIGENCE**

JOSHUA K. MERKEL, ESQ. SBN 249877
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                   Ref. No.        : 0302879-01
Attorney for : PLAINTIFF       Atty. File No.  : C074002

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : TRICIA LECKLER, et al. | Case No.: C 07 4002 MEJ |
| DEFENDANT  | : CASHCALL, INC. | **DECLARATION OF MAILING** |

RE:  CASHCALL, INC.
     AUTHORIZED AGENT FOR SERVICE: DANIEL HARRY BAREN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On August 27, 2007 I served the within documents:

> SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASE ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; ECF REGISTRACTION INFORMATION HANDOUT

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> CASHCALL, INC.
> AUTHORIZED AGENT FOR SERVICE: DANIEL HARRY BAREN
> 17360 BROOKHURST ST.
> FOUNTAIN VALLEY, CA  92708

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 27, 2007 at SAN DIEGO, California.

Signature: _____
FELICIA M. ORTIZ

**DECLARATION OF MAILING**