**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Leckler,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Cashcall, Inc.,<br><br>　　　　　　Defendant(s). | 07-04002 MEJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

　　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-04002 MEJ　　　　　　　　　　　　　　　　-1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: October 25, 2007
9                                          RICHARD W. WIEKING
                                        Clerk
10                                         by:    Timothy J. Smagacz
11
12                                         ADR Administrative Assistant
                                        415-522-4205
13                                         Tim_Smagacz@cand.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice Re: Noncompliance With Court Order**
07-04002 MEJ                                                                               -2-

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:     Leckler v. Cashcall, Inc.

Case Number:   07-04002 MEJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Joshua B. Swigart
> Hyde & Swigart
> 411 Camino Del Rio South
> Suite 301
> San Diego, CA 92108
> josh@westcoastlitigation.com
>
> Joshua K Merkel
> Hyde and Swagart
> 411 Camino Del Rio
> Suite 301
> San Diego, CA 92108
>
> Douglas James Campion
> Law Ofc Douglas J Campion
> 411 Camino del Rio S #301
> San Diego, CA 92108
>
> Michael Raymond Williams
> Finlayson, Augustini & Williams LLP
> 110 Newport Center Drive

Suite 100
Newport Beach, CA 92660
mwilliams@faw-law.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov