1  Joshua K. Merkel (SBN: 249877)
   Joshua B. Swigart (SBN: 225557)
2  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
3  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
4  Facsimile: (619) 297-1022

5  Douglas J. Campion, Esq. (SBN: 75381)
   **LAW OFFICES OF DOUGLAS J. CAMPION**
6  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108
7  Telephone: (619) 299-2091
   Facsimile: (619) 858-0034
8
   Attorneys for Plaintiff
9  Tricia Leckler

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | Case No.: C 07-4002 MEJ |
|---|---|
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| CASHCALL, INC., | |
| Defendant. | |

         THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

     Plaintiff, Tricia Leckler, is substituting one of her legal representatives,

Joshua K. Merkel, Esq.  Plaintiff's new legal representative is:

                   Joshua B. Swigart, Esq.  SBN: 225557
                              Hyde & Swigart
                     411 Camino Del Rio South, Suite 301
                           San Diego, CA  92108

1  The effect of this substitution is to remove Joshua K. Merkel, Esq. as counsel of
2  record, replacing him with Joshua B. Swigart, Esq. Douglas J. Campion's
3  representation remains unaffected.
4
5  I consent to this substitution:
6
7  Dated: 10-30-07                                   By: _____
8                                                    Tricia Leckler
                                                     Plaintiff
9  I consent to this substitution:
10
11 Dated: 10/30/07                                   By: _____
12                                                   Joshua K. Merkel, Esq.
13
   I accept this substitution:
14
15 Dated: 10/30/07                                   ~~HYDE & SWIGART~~
16                                                   By: _____
17                                                   Joshua B. Swigart, Esq.
                                                     Attorney for Plaintiff
18
19
20
21
22
23
24
25
26
27
28