1  JESSE S. FINLAYSON, SBN 179443
   MICHAEL R. WILLIAMS, SBN 196863
2  FINLAYSON, AUGUSTINI & WILLIAMS LLP
   110 Newport Center Drive, Suite 100
3  Newport Beach, California 92660
   Telephone: (949) 759-3810
4  Facsimile: (949) 759-3812
   Email: jfinlayson@faw-law.com
5         mwilliams@faw-law.com

6  Attorneys for Defendant and Counterclaimant
   CASHCALL, INC.
7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC.,<br><br>Defendant. | CASE NO. C 07-04002 MEJ<br><br>**DEFENDANT AND COUNTERCLAIMANT CASHCALL, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CASHCALL, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>TRICIA LECKLER, an individual,<br><br>Counterdefendant. | |

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2 | parties, there is no such interest to report.

3 | DATED: November 1, 2007

JESSE S. FINLAYSON
MICHAEL R. WILLIAMS
FINLAYSON, AUGUSTINI & WILLIAMS LLP

By: _____/s/ Michael R. Williams_____
          Michael R. Williams

Attorneys for Defendant and Counterclaimant
CASHCALL, INC.

Leckler - Certification of Interested Parties

# CERTIFICATE OF SERVICE

I, Wendy S. Mills, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 110 Newport Center Drive, Suite 100, Newport Beach, California 92660, in said County and State. On November 1, 2007, I served the following document(s):

**DEFENDANT AND COUNTERCLAIMANT CASHCALL, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties stated below:

| <u>Counsel for Plaintiffs/Counterdefendant</u>: | <u>Counsel for Plaintiffs/Counterdefendant</u>: |
|---|---|
| **Joshua B. Swigart, Esq.** | **Douglas J. Campion, Esq.** |
| **HYDE & SWIGART** | **LAW OFFICES OF DOUGLAS J. CAMPION** |
| **411 Camino Del Rio South, Suite 301** | **411 Camino Del Rio South, Suite 301** |
| **San Diego, CA 92108-3551** | **San Diego, CA 92108** |

by the following means of service:

☒ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I provided a true copy of the above-listed document(s) to a messenger, along with an envelope(s) addressed to each person(s) named at the address(es) shown, and gave that document(s) to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE**: I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above. The transmission was reported as complete, and no error was reported by the facsimile machine. A copy of the transmission record is maintained by our office.

☐ **BY UPS—NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

I am employed in the office of Michael R. Williams, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2007.

/s/ Wendy S. Mills<br>Wendy S. Mills