**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRICIA LECKLER, )<br>　　　　　　　　　　　　) <br>　　　　Plaintiff (s) ) <br>　　v.　　　　　　　　　　) <br>　　　　　　　　　　　　) <br>CASHCALL, INC., 　　　　) <br>　　　　　　　　　　　　) <br>　　　　Defendant (s) ) <br>_____) | CASE NO. C-07-4002 MEJ <br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　All previous hearing dates are hereby **VACATED.**

Dated: November 2, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Brenda Tolbert, Deputy Clerk