1  Joshua B. Swigart
   State Bar No.: 225557
2  Robert L. Hyde
   State Bar No.: 227183
3  Hyde & Swigart
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6  Attorney for the Plaintiff
   Tricia Leckler

# UNITED STATES DISTRICT COURT

# FOR THE NOTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiff,<br><br>v.<br><br>CASHCALL, INC.,<br><br>         Defendant. | Case No.: C07-04002 MEJ<br><br>**PLAINTIFF TRICIA LECKLER'S CERTIFICATION OF INTRESTED ENTITIES OR PERSONS** |
| CASHCALL, INC., a California Corporation,<br><br>         Counterclaimant,<br><br>v.<br><br>TRICIA LECKLER, AN INDIVIDUAL,<br><br>         Counter-defendant. | |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 9, 2007          Respectfully submitted,

                              By: <u>/S/ JOSHUA B. SWIGART</u>
                                  Robert L. Hyde, Esq.
                                  Attorney for Plaintiff Tricia Leckler