IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRICIA LECKLER,                                      No. C 07-04002SI

       Plaintiff,                                    **NOTICE**

  v.

CASHCALL INC.,

       Defendant.
                                   /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to begin on Friday, December 7, 2007, at 2:00 p.m. Counsel shall comply with the attached order when preparing for the conference.

Dated: November 20, 2007  RICHARD W. WIEKING, Clerk

---

Tracy Sutton
Deputy Clerk