UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/7/07

Case No.   C-07-4002 SI          Judge:   SUSAN ILLSTON

Title: TRICIA LECKLER  -v- CASHCALL

Attorneys: J. Swigart, Doug Campio          M. Williams

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD BY PHONE

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                          PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **5/2/08   @ 9:00 a.m.**   for Motion to Certify the Class
(Motion due **3/28/08**, Opposition **4/11/08** Reply **4/18/08**)

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Discovery shall be limited to the class issue.