ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

December 12, 2007

Douglas James Campion
Law Offices of Douglas James Campion
411 Camino del Rio S, Suite 301
San Diego, CA 92108
619-299-2091

Michael Raymond Williams
Finlayson, Augustini & Williams LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
949-759-3810

Joshua B. Swigart and Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
619-233-7770

      Re:   Leckler v. Cashcall, Inc.
             Case No. C 07-04002 SI

Dear Counsel:

      The ADR Program would like to convene a conference call with ADR Program Staff Attorney or Director to discuss the ADR referral. We would like to schedule this for **Tuesday, December 18, 2007 at 2:00 p.m.** Plaintiff's counsel should initiate the call to all participants then call the ADR Unit's telephone conference line at 415-522-4603. If you are unavailable at the date/time proposed, please contact the other counsel and provide me with three alternate dates/times all are available during the same week to reschedule.

      Thank you for your attention to this matter.

                                      Sincerely,

                                      Claudia M. Forehand
                                      ADR Case Administrator

/cmf