Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>CASHCALL, INC.,<br><br>DEFENDANT. | CASE NO.: 3:07-CV-04002-SI<br><br>[CLASS ACTION]<br><br>**STIPULATION BETWEEN PLAINTIFF, AND DEFENDANT, TO EXTEND DATE FOR COMPLETING ADR CONFERENCE**<br><br>HON. SUSAN ILLSTON<br><br>**Complaint Filed: 08/03/07**<br>**Trial Date: Not set** |

1. WHEREAS, the Court has ordered the Parties to complete the jointly selected form of ADR by January 24, 2008;

2. WHEREAS, the Parties believe that certain critical legal issues must be decided before any form of meaningful mediation can take place;

3. WHEREAS, the parties are currently in the process of conferring as to a agreed upon facts and stipulating to certain evidence;

4. WHEREAS, the Parties, based on certain agreed upon facts, anticipate filing cross motions for summary judgment, allowing the Court to rule

on certain key legal issues surrounding this matter, within sixty (60) days of January 24, 2008.

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD THAT:**

1. The deadline to complete the required ADR program be continued until sixty (60) days after the Court's ruling on the Parties' cross-motions for summary judgment.

Dated: December 28, 2007      **HYDE & SWIGART**

By: /s/ Joshua B. Swigart_____
**Joshua B. Swigart,**
Attorneys for the Plaintiff

Co-Counsel

Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION**

Dated: December ___, 2007      **FINLAYSON, AUGUSTINI & WILLIAMS, LLP**

By: /s/ Michael R. Williams_____
**Michael R. Williams**
Attorneys for Defendant