Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, , <br><br> PLAINTIFF, <br><br> V. <br><br> CASHCALL, INC., <br><br> DEFENDANT. | **CASE NO.: 3:07-CV-04002-SI** <br><br> **[CLASS ACTION]** <br><br> **STIPULATION BETWEEN PLAINTIFF, AND DEFENDANT, TO EXTEND DATE FOR COMPLETING ADR CONFERENCE** <br><br> **HON. SUSAN ILLSTON** <br><br> **Complaint Filed: 08/03/07** <br> **Trial Date: Not set** |

1. WHEREAS, the Court has ordered the Parties to complete the jointly selected form of ADR by January 24, 2008;

2. WHEREAS, the Parties believe that certain critical legal issues must be decided before any form of meaningful mediation can take place;

3. WHEREAS, the parties are currently in the process of conferring as to a agreed upon facts and stipulating to certain evidence;

4. WHEREAS, the Parties, based on certain agreed upon facts, anticipate filing cross motions for summary judgment, allowing the Court to rule

1  on certain key legal issues surrounding this matter, within sixty (60)

2  days of January 24, 2008.

3  **IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR**

4  **RESPECTIVE ATTORNEYS OF RECORD THAT:**

5  1.  The deadline to complete the required ADR program be continued until

6  sixty (60) days after the Court's ruling on the Parties' cross-motions for

7  summary judgment.

8

9

10  Dated: December 28, 2007          **HYDE & SWIGART**

11

12

13  By: /s/ Joshua B. Swigart_____

**Joshua B. Swigart,**
Attorneys for the Plaintiff

14

15  Co-Counsel

Douglas J. Campion
16  **LAW OFFICES OF DOUGLAS J.**
**CAMPION**

17

18  Dated: December ___, 2007          **FINLAYSON, AUGUSTINI & WILLIAMS,**
**LLP**

19

20

21  By: /s/ Michael R. Williams_____
22  **Michael R. Williams**
Attorneys for Defendant

23

24

25

26

27

28