1  JESSE S. FINLAYSON, SBN 179443
   MICHAEL R. WILLIAMS, SBN 196863
2  FINLAYSON, AUGUSTINI & WILLIAMS LLP
   110 Newport Center Drive, Suite 100
3  Newport Beach, California 92660
   Telephone: (949) 759-3810
4  Facsimile: (949) 759-3812
   Email:   jfinlayson@faw-law.com; mwilliams@faw-law.com
5
   Attorneys for Defendant and Counterclaimant
6  CASHCALL, INC.

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 TRICIA LECKLER, ON BEHALF OF              CASE NO. C 07-04002 SI
   HERSELF AND ALL OTHERS SIMILARLY
12 SITUATED,                                 **[PROPOSED] ORDER GRANTING JOINT
                                             APPLICATION FOR 30-DAY EXTENSION
13              Plaintiffs,                  OF DEADLINE FOR PARTIES TO FILE
                                             CROSS-MOTIONS FOR SUMMARY
14       v.                                  JUDGMENT**

15 CASHCALL, INC.,

16              Defendant.

17

18 AND RELATED COUNTERCLAIMS.

Finlayson, Augustini & Williams LLP

[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR 30-DAY EXTENSION OF DEADLINE
FOR PARTIES TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT

1 Plaintiff Tricia Leckler and Defendant CashCall, Inc. jointly applied for a 30-day extension of the Court-ordered January 24, 2008 deadline for the parties to file cross-motions for summary judgment in this action. The Court having read and considered the parties' Joint Application concludes that the parties have established good cause to grant the requested 30-day extension. Accordingly, the Court grants the parties' Joint Application. The parties shall file their cross-motions for summary judgment by February 25, 2008.

IT IS SO ORDERED.

DATED: _____, 2007

_____
Susan Illston
United States District Judge

Leckler - Proposed Order Granting Request for Extension of Time

Finlayson, Augustini & Williams LLP

1

[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR 30-DAY EXTENSION OF DEADLINE FOR PARTIES TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT