# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Leckler, | 07-04002 SI ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Cashcall, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Richard D. Warren**
Mediation/Arbitration
929 Fresno Ave.
Berkeley, CA 94707
510-528-4423

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04002 SI ENE                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-04002 SI ENE                                - 2 -