Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>CASHCALL, INC.,<br><br>DEFENDANT. | CASE NO.: 3:07-CV-04002-SI<br><br>[CLASS ACTION]<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO EXTEND FILING DATE FOR FILING CROSS MOTIONS FOR SUMMARY JUDGMENT AND REQUEST THEREON**<br><br>HON. SUSAN ILLSTON<br><br>**Present Filing Date:   Feb. 25, 2008**<br>**Proposed New Filing Date: Mar. 17, 2008**<br><br>**Complaint Filed: 08/03/07**<br>**Trial Date: Not set** |

1. WHEREAS, pursuant to a prior request for a 30 day extension for filing the opening briefs to review and analyze a recent FCC Declaratory Ruling, there is presently a Feb. 25, 2008 deadline for both Parties to file their opening briefs on their respective Cross Motions for Summary Judgment / Adjudication;

2. WHEREAS, within the past week Douglas J. Campion, counsel for Plaintiff, has had a death in his immediate family following a week-long hospice visitation, and has been unable to work on the briefing as

expected;

3. WHEREAS, Plaintiffs' counsel require additional time to brief the legal issues which will be presented to the Court, and defense counsel has no objection to such a request;

4. WHEREAS, the Parties request that the filing deadline for both Parties to file their respective opening briefs be continued for a three week period to March 17, 2008

THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD THAT:

1. The date for filing and serving both Parties' respective opening briefs on their cross-motions for summary judgment / summary adjudication shall be modified to allow an equal three week extension for each Party so that the briefs shall be filed and served on or before March 17, 2008.

Dated: February 21, 2008        **HYDE & SWIGART**

By: /s/ Joshua B. Swigart_____
    **Joshua B. Swigart,**
    Attorneys for the Plaintiff

Co-Counsel

Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION**

Dated: February 21, 2008        **FINLAYSON, AUGUSTINI & WILLIAMS, LLP**


By: /s/ Michael R. Williams_____
    **Michael R. Williams**
    Attorneys for Defendant