Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

Douglas J. Campion, Esq. (SBN: 75381)
doug@djcampion.com
**Law Offices of Douglas J. Campion**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034


**Attorneys for Plaintiff**


### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>            PLAINTIFF,<br><br>V.<br><br>CASHCALL, INC.,<br><br>            DEFENDANT. | CASE NO.: 3:07-CV-04002-SI<br><br>[CLASS ACTION]<br><br>**STIPULATION RE: (A) HEARING DATE AND BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT; AND (B) CONTINUING CLASS CERTIFICATION MOTION HEARING DATE AND RELATED DISCOVERY AND BRIEFING SCHEDULE THEREON**<br><br>HON. SUSAN ILLSTON<br><br>Proposed MSJ Hearing Date: 5/2/2008<br>Proposed Continued Class Certification Motion Hearing Date:  9/5/08<br><br>Complaint Filed: 08/03/07<br>Trial Date: Not set |

1.  WHEREAS, the Court has previously scheduled a hearing date for

Plaintiff's class certification motion for May 2, 2008 at 9:00 a.m.;

2. WHEREAS, the Court has previously established the following briefing schedule with respect to Plaintiff's class certification motion:  (a) Plaintiff's motion is due by March 28, 2008; (b) Defendant's opposition brief is due by April 11, 2008; and (c) Plaintiff's reply brief is due by April 18, 2008;

3. WHEREAS, on January 4, 2008, the Federal Communications Commission ("FCC") published a Declaratory Ruling regarding its interpretation of the phrase "prior express consent of the called party" as used in the Telephone Consumer Protection Act of 1991, 47 U.S.C. Section 227 ("TCPA"), specifically Section 227(b)(1)(a);

4. WHEREAS, Defendant contends that the FCC's Ruling is dispositive of the TCPA claims made by Plaintiff in this action and intends to move for partial summary judgment with respect to those claims;

5. WHEREAS, Plaintiff disagrees and contends that the FCC Ruling is not dispositive of her TCPA claims in this action, and Plaintiff intends to move for partial summary judgment with respect to those claims;

6. WHEREAS, the parties have stipulated to a set of undisputed facts for purposes of filing their cross-motions for partial summary judgment;

7. WHEREAS, Plaintiff and Defendant desire to have the Court rule on their cross-motions for partial summary judgment before they incur the time and expense of class discovery and briefing the class certification motion;

8. WHEREAS, whatever ruling is obtained on the parties' cross-motions for partial summary judgment may facilitate a resolution of this case;

9. WHEREAS, the Parties desire to set their cross-motions for partial summary judgment for hearing on the date originally set for the hearing of the class certification motion, May 2, 2008, and propose to continue that class certification motion hearing for approximately 120 days to

1   September 5, 2008, to allow for class discovery and briefing on the

2   motion for class certification;

3   10. WHEREAS, the Parties have agreed to the following briefing schedule

4   on the respective cross-motions for partial summary judgment: A.  File

5   and serve opening briefs on or before March 10, 2008;          B.  File

6   and serve opposition briefs on or before March 31, 2008;       C.  File

7   and serve reply briefs on or before April 18, 2008.

8   11. WHEREAS, the Parties have agreed to postpone conducting class

9   discovery until after the Court rules on the parties' cross-motions for

10  partial summary judgment; and

11  12. WHEREAS, the Parties propose a class certification motion hearing date

12  of September 5, 2008, and based upon that date, have agreed to the

13  following briefing schedule on Plaintiff's class certification motion:

14        A.  File and serve opening brief on or before July 18, 2008;

15        B.  File and serve opposition brief on or before August 6, 2008;

16        C.  File and serve reply brief on or before August 22, 2008.

17        THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE

18  PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD

19  THAT:

20        1.  The Parties' respective cross-motions for partial summary

21  judgment shall be heard on May 2, 2008, at 9:00 a.m.;

22        2.  The date for the Plaintiff's class certification motion hearing

23  shall be continued for approximately 120 days to September 5, 2008, at

24  9:00 a.m.;

25        3.   The following briefing schedule shall be followed on the

26  parties' respective cross-motions for summary judgment:

27        A.  File and serve opening briefs on or before March 10, 2008;

28        B.  File and serve opposition briefs on or before March 31, 2008;

1            C.  File and serve reply briefs on or before April 18, 2008.

2            4.  Based upon a proposed September 5, 2008 hearing date for the

3  class certification motion hearing, the following briefing schedule on

4  Plaintiff's class certification motion shall be followed:            A.  File

5  and serve opening brief on or before July 18, 2008;      B.  File and serve

6  opposition brief on or before August 6, 2008;            C.  File and serve

7  reply brief on or before August 22, 2008.

8  Dated: February 27, 2008            **HYDE & SWIGART**

9                        By:  /s/ Joshua B. Swigart_____

                         **Joshua B. Swigart,**

10                         Attorneys for the Plaintiff

11                    Co-Counsel

12                    Douglas J. Campion

                    **LAW   OFFICES   OF   DOUGLAS   J.**

13                    **CAMPION**

14  Dated: February 27, 2008            **FINLAYSON, AUGUSTINI & WILLIAMS,**

15                    **LLP**

16                      By:  /s/ Michael R. Williams_____

17                        **Michael R. Williams**

                        Attorneys for Defendant

18

19

20

21

22

23            UNITED STATES DISTRICT COURT

24            IT IS SO ORDERED

25

26            Judge Susan Illston

27            NORTHERN DISTRICT OF CALIFORNIA

28