1  JESSE S. FINLAYSON, SBN 179443
   MICHAEL R. WILLIAMS, SBN 196863
2  FINLAYSON, AUGUSTINI & WILLIAMS LLP
   110 Newport Center Drive, Suite 100
3  Newport Beach, California 92660
   Telephone: (949) 759-3810
4  Facsimile: (949) 759-3812
   Email:   jfinlayson@faw-law.com; mwilliams@faw-law.com
5
   Attorneys for Defendant and Counterclaimant
6  CASHCALL, INC.

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>    v.<br><br>CASHCALL, INC.,<br><br>            Defendant. | CASE NO. C 07-04002 SI<br><br>**AMENDED CERTIFICATE OF SERVICE RE DEFENDANT CASHCALL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date:     May 2, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |
| AND RELATED COUNTERCLAIMS. | |

# CERTIFICATE OF SERVICE

I, Wendy S. Mills, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 110 Newport Center Drive, Suite 100, Newport Beach, California 92660, in said County and State. On March 10, 2008, I served the following document(s):

**DEFENDANT CASHCALL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

☒ **CM/ECF ELECTRONIC SERVICE:** The following are registered as CM/ECF Users with the Court, and have consented to electronic service:

**Counsel for Plaintiff:** Joshua B. Swigart – **josh@westcoastlitigation.com**

on the parties stated below:

**Counsel for Plaintiff:**
**Douglas J. Campion, Esq.**
**LAW OFFICES OF DOUGLAS J. CAMPION**
**411 Camino Del Rio South, Suite 301**
**San Diego, CA 92108**

by the following means of service:

☒ **BY MAIL**: I placed a true copy of the above-mentioned document(s) in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY PERSONAL SERVICE**: I provided a true copy of the above-mentioned document(s) to a messenger for personal delivery to each person named above, at the address(es) shown above, before 5:00 p.m. on the above-mentioned date.

☐ **BY ELECTRONIC MAIL**: I caused the above-mentioned document(s) to be transmitted electronically to the e-mail address of the addressees indicated above. I am readily familiar with this firm's Microsoft Outlook electronic mail system and each such document was duly served electronically on the above-mentioned date, and the transmission was reported as complete and without error.

☐ **BY FACSIMILE**: I caused the above-mentioned document(s) to be transmitted by facsimile machine to the parties and numbers indicated above, on the above-mentioned date, pursuant to Rule 2.306. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is maintained by this office.

☐ **BY UPS—NEXT DAY AIR:** I placed a true copy of the above-mentioned document(s) in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above, on the above-mentioned date, and I deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

I am employed in the office of Michael R. Williams, a member of the bar of this Court, and the foregoing document(s) was/were printed on recycled paper.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008.

/s/ Wendy S. Mills
Wendy S. Mills