Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff
Tricia Leckler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CASHCALL, INC., <br><br> Defendant. | CASE NO.: C 07-04002 SI <br><br> **CLASS ACTION** <br><br> JOINT MOTION REQUESTING LEAVE TO FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE PARTIES CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT <br><br> Date: May 2, 2008 <br> Time: 9:00 a.m. <br> Crtrm: 10, 19th Floor <br> Judge: Hon. Susan Illston |

1  The Parties to this action, through their respective counsel of record, jointly
2  request the Court allow the previously filed Joint Statement of Undisputed Facts
3  in Support of the Parties Cross-Motions for Partial Summary Judgment.  The
4  Parties submit this Joint Motion and Proposed Order in compliance with Local
5  Rule 56-2(a).

Respectfully submitted,

Dated: March 17, 2008

**LAW OFFICES OF
DOUGLAS J. CAMPION**

By: /s/ Douglas J. Campion_____
**Douglas J. Campion**
Attorneys for the Plaintiff

Co-Counsel

**HYDE & SWIGART**
Joshua B. Swigart

Dated: March 17, 2008

**FINLAYSON, AUGUSTINI &
WILLIAMS, LLP**

By: /s/ Michael R. Williams_____
**Michael R. Williams**
Attorneys for Defendant