1  Re: Tricia Leckler v. CashCall Inc..,
   *United States District Court, for the Northern District of California*
2  Case No. C 07-04002 MEJ

**PROOF OF SERVICE**

3  I, Luisa Parra, declare as follows:

4  I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301
5  San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

6  
7  On March 17, 2008, I served the foregoing document(s) described as

8  **CLASS ACTION. JOINT MOTION REQUESTING LEAVE TO FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE PARTIES CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

9  

10 **[PROPOSED] ORDER**

11 
12 On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

13  Jesse Finlayson, Michael Williams
    FINLAYSON, AUGUSTINI & WILLIAMS LLP
14  110 Newport Center Drive, Suite 100
    Newport, CA 92660

15

16  ☒  BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the
17     postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

18
19  ☐  BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

20
21  ☐  BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

22
23  ☐  ELECTRONICALLY, this document was transmitted by the Internet from our office.

24  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 17, 2008, at San Diego, California.

25
26                                      _/S/ LUISA PARRA_
                                        Luisa Parra
27
28