Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff
Tricia Leckler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**,<br><br>                Plaintiffs,<br><br>   v.<br><br>**CASHCALL, INC.**,<br><br>                Defendant. | CASE NO.: C 07-04002 SI<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, CASHCALL INC.**,<br><br>Date: May 2, 2008<br>Time: 9:00 a.m.<br>Crtrm: 10, 19th Floor<br>Judge: Hon. Susan Illston |

1 **TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

2 **PLEASE TAKE NOTICE THAT** May 2, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 10 (19th Floor) of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff will move this Court for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, with respect to the two claims for relief under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), as asserted by Plaintiffs.

The Parties have stipulated, through their jointly submitted statement of undisputed facts, that Plaintiff took out a loan from Cashcall and that Cashcall, in its attempt to collect on that loan, violated the TCPA when it contacted Plaintiff on her cellular telephone through the use of an autodialer. Based on the jointly submitted statement of undisputed facts, there are no genuine issues of material fact in dispute as to Plaintiff's TCPA claims.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Parties' Jointly Submitted Statement of Undisputed Facts in Support of the Parties' Cross-Motions for Partial Summary Judgment, the exhibits hereto, Plaintiff's Request for Judicial Notice, all pleadings and records in this action, and such oral argument as the Court may permit at the time of the hearing.

Dated: March 17, 2008

Respectfully submitted,

**LAW OFFICE OF DOUGLAS J. CAMPION**

By: /s/ Douglas J. Campion
Douglas J. Campion
Attorneys for Plaintiffs

Co-Counsel

**HYDE & SWIGART**

Dated March 17, 2008

By: /s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiffs