Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff
Tricia Leckler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**, <br><br> Plaintiffs, <br><br> v. <br><br> **CASHCALL, INC.**, <br><br> Defendant. | CASE NO.: C 07-04002 SI <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: May 2, 2008 <br> Time: 9:00 a.m. <br> Crtrm: 10, 19th Floor <br> Judge: Hon. Susan Illston |

Pursuant to Federal Rule of Evidence 201, Plaintiffs hereby request that this Court take judicial notice of the following facts and documents:

1. Federal Communications Commission; Declaratory Ruling released January 4, 2008, attached hereto as Exhibit 1.
2. ACA International's Petition For An Expedited Clarification and Declaratory Ruling, Filed October 4, 2005, attached hereto as Exhibit 2.
3. The Time Warner Cable Subscriber Service Agreement, found at http://help.twcable.com/html/twc_sub_agreement_ca.html, and attached hereto as Exhibit No. 3.
4. *Travel Travel Kirkwood, Inc. v. Oceania Cruises, Inc.*, 2004 U.S. Dist. LEXIS 29623 (2004), attached hereto as Exhibit No. 4.

Dated: March 17, 2008

Respectfully submitted,

**LAW OFFICE OF DOUGLAS J. CAMPION**

By: /s/ Douglas J. Campion
Douglas J. Campion
Attorneys for Plaintiffs

Co-Counsel

**HYDE & SWIGART**

Dated March 17, 2008

By: /s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiffs