Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Tricia Leckler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**CASHCALL, INC.,**<br><br>Defendant. | **CASE NO.: C 07-04002 SI**<br><br>**CLASS ACTION**<br><br>**JOINT MOTION REQUESTING LEAVE TO FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE PARTIES CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 2, 2008<br>Time: 9:00 a.m.<br>Crtrm: 10, 19th Floor<br>Judge: Hon. Susan Illston |

1    The Parties to this action, through their respective counsel of record, jointly

2    request the Court allow the previously filed Joint Statement of Undisputed Facts

3    in Support of the Parties Cross-Motions for Partial Summary Judgment.    The

4    Parties submit this Joint Motion and Proposed Order in compliance with Local

5    Rule 56-2(a).

6

7    Respectfully submitted,

8

9    Dated: March 17, 2008              **LAW OFFICES OF**
                                        **DOUGLAS J. CAMPION**
10

11                                      By: /s/ Douglas J. Campion_____
                                        **Douglas J. Campion**
12                                      Attorneys for the Plaintiff

13                                      Co-Counsel

14                                      **HYDE & SWIGART**
                                        Joshua B. Swigart
15

16    Dated: March 17, 2008              **FINLAYSON, AUGUSTINI &**
                                        **WILLIAMS, LLP**
17

18

19                                      By: /s/ Michael R. Williams_____
                                        **Michael R. Williams**
20                                      Attorneys for Defendant

21

22            IT IS SO ORDERED

23

24            Judge Susan Illston

25

26

27

28

*Re: Tricia Leckler v. CashCall Inc..,*
*United States District Court, for the Northern District of California*
Case No. C 07-04002 MEJ

**PROOF OF SERVICE**

I, Luisa Parra, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On March 17, 2008, I served the foregoing document(s) described as

## CLASS ACTION. JOINT MOTION REQUESTING LEAVE TO FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE PARTIES CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

## [PROPOSED] ORDER

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>    Jesse Finlayson, Michael Williams
>    FINLAYSON, AUGUSTINI & WILLIAMS LLP
>    110 Newport Center Drive, Suite 100
>    Newport, CA 92660

☒   BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☐   BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

☐   BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

☐   ELECTRONICALLY, this document was transmitted by the Internet from our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 17, 2008, at San Diego, California.

>    _/S/ LUISA PARRA_
>    Luisa Parra