IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (Flat Panel) ANTITRUST LITIGATION<br><br>　　　　Defendant.　　　　／ | M-07-1827 SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT **ALL** MOTIONS FILED IN THIS CASE SHALL BE CONSOLIDATED AND SCHEDULED FOR HEARING ON WEDNESDAY, MAY 21, 2008, AT 2:00 P.M.

Dated: 4/17/08

RICHARD W. WIEKING, Clerk

*[signature: Sutton]*

Tracy Sutton
Deputy Clerk