| | |
|---|---|
| 1 | Douglas J. Campion, Esq. (SBN: 75381) |
| 2 | **LAW OFFICES OF DOUGLAS J. CAMPION**<br>411 Camino Del Rio South, Suite 301 |
| 3 | San Diego, CA 92108<br>Telephone: (619) 299-2091 |
| 4 | Facsimile:  (619) 858-0034 |
| 5 | Robert L. Hyde, Esq. (SBN: 227183)<br>bob@westcoastlitigation.com |
| 6 | Joshua B. Swigart, Esq. (SBN: 225557)<br>josh@westcoastlitigation.com |
| 7 | **Hyde & Swigart**<br>411 Camino Del Rio South, Suite 301 |
| 8 | San Diego, CA 92108-3551<br>Telephone:  (619) 233-7770 |
| 9 | Facsimile:   (619) 297-1022 |
| 10 | Attorneys for Plaintiff<br>Tricia Leckler |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**,<br><br>                    Plaintiff,<br><br>   v.<br><br>**CASHCALL, INC.**,<br><br>                    Defendant. | CASE NO.: C 07-04002 SI<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE (REPLY)**<br><br>Date: May 14, 2008<br>Time: 9:00 a.m.<br>Crtrm: 10, 19th Floor<br>Judge: Hon. Susan Illston |

    Pursuant to Federal Rule of Evidence 201, Plaintiff hereby requests that this Court take judicial notice of the following facts and documents:

//

//

//

1. Senate Report, No. P.L. 102-243 attached hereto as Exhibit 5.

Dated: April 18, 2008                                   Respectfully submitted,

                                                      **LAW OFFICE OF**
                                                     **DOUGLAS J. CAMPION**

                                                     By: /s/ Douglas J. Campion
                                                   Douglas J. Campion
                                                   Attorneys for Plaintiffs

                                                   Co-Counsel

                                                 **HYDE & SWIGART**

Dated April 18, 2008                                    By: /s/ Joshua B. Swigart
                                                   Joshua B. Swigart
                                                 Attorneys for Plaintiffs