BRAD W. SEILING (Bar No. CA 143515)
JOANNA MCCALLUM (Bar No. CA 187093)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: bseiling@manatt.com; jmccallum@manatt.com

CLAUDIA CALLAWAY (*pro hac vice* application pending)
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, N.W.
Washington, DC 20016
Telephone: (202) 585-6504
Facsimile: (202) 585-6600
E-mail: ccallaway@manatt.com

JESSE S. FINLAYSON (Bar No. CA 179443)
MICHAEL R. WILLIAMS (Bar No. CA 196863)
FINLAYSON, AUGUSTINI & WILLIAMS LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (949) 759-3810
Facsimile: (949) 759-3812
E-mail: jfinlayson@faw-law.com; mwilliams@faw-law.com

Attorneys for Defendant
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>Defendant. | Case No. C 07-04002 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL AND FOR STAY OF PROCEEDINGS<br><br>[Filed concurrently with Notice of Motion and Motion for Certification of Order for Interlocutory Review and Staying Proceedings]<br><br>Date: July 25, 2008<br>Time: 9 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |

On July 25, 2008, this Court heard oral argument on Defendant's Motion to certify for interlocutory appeal the Court's May 20, 2008 Order denying Defendant's motion for partial summary judgment and granting Plaintiff's motion for partial summary judgment.

The Court hereby finds that the May 20, 2008 Order involves a controlling question of law with respect to the interpretation of the Telephone Consumer Protection Act of 1991. That question of law is whether a borrower, who provides a lender her cell phone number in connection with a loan transaction, has granted "prior express consent" for the lender to call her at that number in an effort to collect on a delinquent loan, using automated dialing systems or prerecorded messages, for the purposes of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227(b)(1)(A).

The Court further finds that there is substantial ground for difference of opinion with respect to this question of law. The Court further finds that an immediate appeal from the Order may materially affect the outcome and materially advance the ultimate termination of this litigation by disposing of the principal claim of the plaintiffs.

Therefore, the matter is certified for appeal pursuant to 28 U.S.C. § 1292(b).

IT IS SO ORDERED.


Dated: July ___, 2008

By: _____
Hon. Susan Illston
U.S. District Court Judge

41284275.1

# PROOF OF SERVICE

I, Brigette Scoggins, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 6, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL AND FOR STAY OF PROCEEDINGS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Douglas J. Campion, Esq.
LAW OFFICES OF DOUGLAS J. CAMPION
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2008, at Los Angeles, California.

_____
Brigette Scoggins

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41286231.1