IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRICIA LECKLER,                                         No. C 07-04002SI

       Plaintiff,                                         **NOTICE**

  v.

CASHCALL INC.,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion for certification of order for interlocutory appeal has been continued to Friday, August 22, 2009, at 9:00 a.m.

Dated: June 10, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk