ORIGINAL

FILED
08 JUN 12 PM 2:21

BRAD W. SEILING (Bar No. CA 143515)
JOANNA MCCALLUM (Bar No. CA 187093)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: bseiling@manatt.com; jmccallum@manatt.com

CLAUDIA CALLAWAY (*pro hac vice* application pending)
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, N.W.
Washington, DC 20016
Telephone: (202) 585-6504
Facsimile: (202) 585-6600
E-mail: ccallaway@manatt.com

JESSE S. FINLAYSON (Bar No. CA 179443)
MICHAEL R. WILLIAMS (Bar No. CA 196863)
FINLAYSON, AUGUSTINI & WILLIAMS LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (949) 759-3810
Facsimile: (949) 759-3812
E-mail: jfinlayson@faw-law.com; mwilliams@faw-law.com

*Attorneys for Defendant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>Defendant. | Case No. C 07-04002 SI<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: Hon. Susan Illston |

Pursuant to Civil L.R. 11-3, Claudia Callaway, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant CashCall, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, and agree to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Brad W. Seiling (California Bar No. CA 143515)
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
PH: (310) 312-4000; FAX: (310) 312-4224; bseiling@manatt.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2008

By: _____
Claudia Callaway

Dated: June 10, 2008    MANATT, PHELPS & PHILLIPS, LLP

By: _____
Brad W. Seiling
*Attorney for Defendant* CashCall, Inc.

1    APPLICATION FOR ADMISSION *PRO HAC VICE*

## PROOF OF SERVICE

I, Brigette Scoggins, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 11, 2008, I served a copy of the within document(s): **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

| | |
|---|---|
| Attorneys for Plaintiff<br>Douglas J. Campion, Esq.<br>Law Offices Of Douglas J. Campion<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Phone: (619) 299-2091<br>Fax: (619) 858-0034 | Robert L. Hyde, Esq.<br>Joshua B. Swigart, Esq.<br>Hyde & Swigart<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Phone: (619) 233-7770<br>Fax: (619) 297-1022<br>Email: bob@westcoastlitigation.com<br>josh@westcoastlitigation.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 11, 2008, at Los Angeles, California.

Brigette Scoggins

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41287799.1