```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020174
Cashier ID: bucklem
Transaction Date: 06/12/2008
Payer Name: MANATT PHELPS AND PHILLIPS L
LP
----------------------------------------
PRO HAC VICE
 For: claudia callaway
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 504290
 Amt Tendered: $210.00
----------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c07-4002si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```