BRAD W. SEILING (Bar No. CA 143515)
JOANNA MCCALLUM (Bar No. CA 187093)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: bseiling@manatt.com; jmccallum@manatt.com

CLAUDIA CALLAWAY (*pro hac vice* application pending)
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, N.W.
Washington, DC 20016
Telephone: (202) 585-6504
Facsimile: (202) 585-6600
E-mail: ccallaway@manatt.com

JESSE S. FINLAYSON (Bar No. CA 179443)
MICHAEL R. WILLIAMS (Bar No. CA 196863)
FINLAYSON, AUGUSTINI & WILLIAMS LLP
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (949) 759-3810
Facsimile: (949) 759-3812
E-mail: jfinlayson@faw-law.com; mwilliams@faw-law.com

*Attorneys for Defendant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>Defendant. | Case No. C 07-04002 SI<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>[Filed concurrently with Application for Admission of Attorney *Pro Hac Vice*]<br><br>Judge: Hon. Susan Illston |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

| | |
|---|---|
| 1 | Claudia Callaway, an active member in good standing of the bar of the |
| 2 | District of Columbia, whose business address and telephone number are: Manatt, |
| 3 | Phelps & Phillips, LLP, 700 12th Street, N.W., Washington, D.C. 20016, (202) |
| 4 | 585-6504, having applied in the above-entitled action for admission to practice in |
| 5 | the Northern District of California on a *pro hac vice* basis, representing defendant |
| 6 | CashCall, Inc., |
| 7 | IT IS HEREBY ORDERED THAT the application is granted, subject |
| 8 | to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney |
| 9 | must indicate appearance *pro hac vice*. Service of papers upon and communication |
| 10 | with co-counsel designated in the application will constitute notice to the party. All |
| 11 | future filings in this action are subject to the requirements contained in General |
| 12 | Order No. 45, Electronic Case Filing. |

Dated: July __, 2008

By: _____
Hon. Susan Illston
U.S. District Court Judge

41285963.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

# PROOF OF SERVICE

I, Brigette Scoggins, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 11, 2008, I served a copy of the within document(s): **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

| Attorneys for Plaintiff<br>Douglas J. Campion, Esq.<br>Law Offices Of Douglas J. Campion<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Phone: (619) 299-2091<br>Fax: (619) 858-0034 | Robert L. Hyde, Esq.<br>Joshua B. Swigart, Esq.<br>Hyde & Swigart<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>Phone: (619) 233-7770<br>Fax: (619) 297-1022<br>Email: bob@westcoastlitigation.com<br>josh@westcoastlitigation.com |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 11, 2008, at Los Angeles, California.

_Brigette Scoggins_
Brigette Scoggins

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41287799.1