**DENIED**

*Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRICIA LECKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**<br><br>**PLAINTIFFS,**<br>V.<br><br>**CASHCALL, INC.**<br><br>**DEFENDANT.** | ORDER SHORTENING TIME ON MOTION FOR AMENDING PLAINTIFF'S COMPLAINT<br><br>JUDGE: HON. SUSAN ILLSTON<br><br>DATE: NOV. 21, 2008<br>TIME: 9:00 A.M.<br>COURTROOM: 10, 19TH FLOOR |

The Court having considered the Request for an Order Shortening Time To Hear Plaintiffs' Motion for Leave to File a First Amended Complaint, filed by Tricia Leckler, on behalf of herself and all others similarly situated; the Declaration of Joshua B. Swigart; the pleadings, papers and records on file; and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Amending Plaintiff's Complaint, currently scheduled to be heard on November 21, 2008 at 9:00 a.m., will now be heard by this Court, in the United States District Court, San Francisco Division, 450 Golden Gate Ave., San Francisco, CA 94102, in Courtroom 10, 19th Floor, on **October 31, 2008 at 9:00 a.m.**

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Date: _____

**United States District Court**
**Northern District of California**

By:_____
Hon. Judge Susan Illston
United States District Court Judge