IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LECKLER, on behalf of herself and all others similarly situated<br><br>       Plaintiffs,<br><br>  v.<br><br>CASHCALL, INC.,<br><br>       Defendant.         / | No. C 07-04002 SI<br><br>**JUDGMENT** |

By order dated and filed November 21, 2008 (erroneously dated November 21, 2009), this action has been dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/25/09

SUSAN ILLSTON
United States District Judge